UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FLOYD STANHOPE FRANCIS** | **CIVIL ACTION NO. 14-0168** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ERIC HOLDER, JR.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Floyd Stanhope Francis' Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 [Doc. No. 1] and associated motion for preliminary injunction [Doc. No. 2] contained in his supplemental brief are hereby DENIED and DISMISSED.

MONROE, LOUISIANA, this 25th day of August, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE